**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CASSIDY M. TERESI,,

                Plaintiff,                                  19 **CIVIL** 1268 (JLC)

       -against-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                            Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 31, 2020, Teresi's motion for judgment on the pleadings is denied, and the Commissioner's cross- motion is granted; Judgment is entered if favor of the Commissioner.

**Dated:**  New York, New York
           August 31, 2020

                                                        **RUBY J. KRAJICK**
                                                      _____
                                                           **Clerk of Court**
                                        **BY:**
                                                           **Deputy Clerk**